

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Lauri F. Rasnick
Tel: 212.351.4854
Fax: 212.878.8600
lrasnick@ebglaw.com

April 3, 2015

VIA ECF

The Honorable Pamela K. Chen
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Mona Moursi v. Mission Essential Personnel and Rex Morford,
           Case No. 10 CV 4169 (PKC)(CLP)

Dear Judge Chen:

    We represent Defendant Mission Essential Personnel, LLC ("MEP") in the above-referenced matter. This letter is to inform the Court that the parties have reached a verbal agreement to fully settle this matter. While the settlement agreement has been drafted, it has not yet been fully executed and currently, Plaintiff is traveling abroad. Once the parties execute the settlement agreement, we will submit a Stipulation of Dismissal.

    Given the foregoing, we respectfully request that the Court suspend the briefing schedule for Defendant's renewed motion for summary judgment.

                                    Respectfully submitted,

                                    Lauri F. Rasnick

cc:  Mona Moursi (*via e-mail* monamoursi@hotmail.com and regular mail)