

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Lauri F. Rasnick
Tel: 212.351.4854
Fax: 212.878.8600
lrasnick@ebglaw.com

May 5, 2015

<u>VIA ECF</u>

The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Mona Moursi v. Mission Essential Personnel and Rex Morford,
           Case No. 10 CV 4169 (PKC)(CLP)

Dear Judge Pollak:

    We represent Defendant Mission Essential Personnel, LLC ("MEP") in the above-referenced matter and write to respectfully request a settlement conference.

    On April 3, 2015 we informed the Court that the parties had reached an agreement to fully settle this matter, which was subject only to Plaintiff's execution of the written settlement agreement. Plaintiff has recently indicated disinterest in proceeding with the settlement pursuant to the terms the parties had originally agreed. We believe that a settlement conference with Your Honor may be helpful in resolving this matter without further litigation.

    We appreciate the Court's consideration of the request.

                         Respectfully submitted,

                         Lauri F. Rasnick

cc:  Mona Moursi (*via e-mail* monamoursi@hotmail.com and regular mail)