# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x

MONA MOURSI,

                Plaintiff,

    - against -

MISSION ESSENTIAL PERSONNEL and
REX MORFORD,

                Defendant.

------------------------------------------------x

10 CV 4169 (PKC) (CLP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between pro se Plaintiff Mona Moursi and Defendant Mission Essential Personnel, LLC, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice, without costs or attorneys' fees as to either party against the other.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts.

Dated: June 2, 2015

EPSTEIN BECKER & GREEN, P.C.

_____
Lauri F. Rasnick
D. Martin Stanberry
250 Park Avenue
New York, NY 10177
Tel: 212.351.4854
lrasnick@ebglaw.com
*Attorneys for Defendant
Mission Essential Personnel*

PRO SE PLAINTIFF

_____
Mona Moursi
687 86th Street #4B
Brooklyn, New York 11228
monamoursi@hotmail.com
*Pro Se Plaintiff*

SO ORDERED:

_____
Hon. Pamela K. Chen, U.S.D.J.